# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **LEON WEINGRAD, individually and on behalf of all others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**PREMIUM MERCHANT FUNDING ONE, LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:24-cv-06247-JP<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Denise Garcia, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to PREMIUM MERCHANT FUNDING ONE, LLC in Albany County, NY on November 27, 2024 at 3:31 pm at 80 State Street, Albany, NY 12207 by leaving the following documents with John Doe (refused name) who as Clerk at CORPORATION SERVICE COMPANY is authorized by appointment or by law to receive service of process for PREMIUM MERCHANT FUNDING ONE, LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, AND DESIGNATION FORM

White Male, est. age 45-54, glasses: N, Orange hair, 200 lbs to 220 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=42.6537307999,-73.7594629976

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in    Albany County    ,    NY    on    12/3/2024    . | /s/ *Denise Garcia*  <br>Signature  <br>Denise Garcia  <br>+1 (518) 870-6380 |