UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*,<br><br>v.<br><br>**PREMIUM MERCHANT FUNDING ONE, LLC,**<br><br>*Defendant.* | Case No. 2:24-cv-06247-JP |

## PREMIUM MERCHANT FUNDING ONE, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Premium Merchant Funding One, LLC ("Premium Merchant Funding") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Premium Merchant Funding One, LLC

Further, pursuant to Federal Rules of Civil Procedure 7.1, Premium Merchant Funding hereby declares: Premium Merchant Funding has no parent corporation and no publicly held corporation owns 10% or more interest in Premium Merchant Funding.

Dated: December 18, 2024

Respectfully submitted,

HOLLAND & KNIGHT, LLP
*Jonathan Marmo*
Jonathan Marmo (PA Bar No. 312669)
1650 Market Street, Suite 3300 |
Philadelphia, Pennsylvania 19103
Phone 215.252.9568 | Fax 215.867.6070
jonathan.marmo@hklaw.com

## CERTIFICATE OF SERVICE

I, Jonathan Marmo, an attorney, hereby certify that on December 18, 2024, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via ECF.

*/s/ Jonathan Marmo*
Jonathan Marmo