UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated<br><br>v.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC | CIVIL ACTION<br><br><br><br>NO. 24-6247 |

### ORDER

**AND NOW**, this 19th day of December, 2024, upon consideration of Defendant Premium Merchant Funding One, LLC's ("PMF's") unopposed letter Motion for an extension of time in which to respond to Plaintiff's Complaint (Docket No. 5), and good cause having been shown, **IT IS HEREBY ORDERED** that the letter Motion is **GRANTED**, and PMF's deadline to file a response to the Plaintiff's Complaint is **EXTENDED** up to, and including, January 13, 2025.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.