IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PREMIUM MERCHANT | : | |
| FUNDING ONE, LLC | : | NO. 24-cv-6247 |

**AMENDED**
**PRELIMINARY PRETRIAL CONFERENCE NOTICE**

**AND NOW**, this 5th day of February 2025, please take note that a

PRELIMINARY PRETRIAL CONFERENCE

in the above-captioned case will be held on **March 4, 2025, at 2:00 p.m**. before the Honorable John R. Padova.  This conference will be held

☐ in chambers, Room 17613
☒ by telephone*

Counsel attending the conference shall be familiar with this Court's Internal Operating Procedures, which are enclosed, and shall pay particular attention to Section III, which concerns Pretrial Procedure.

If trial counsel will be on trial in a court of record at the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date.  Another attorney in trial counsel's office shall appear at the conference and shall be as familiar as is feasible with the case, have authority from the client, and have an evaluation of the case for settlement purposes.

Failure to comply with this directive may result in the imposition of sanctions.  The conference will be continued to another date only under exceptional circumstances.

ATTEST:


BY:   /s/ Malissa Wolenski
         Malissa Wolenski
         Deputy Clerk