IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated | : : : | CIVIL ACTION |
| v. | : : | |
| PREMIUM MERCHANT FUNDING ONE, LLC | : : | NO. 24-6247 |

## ORDER

**AND NOW**, this 7th of April, 2025, upon consideration of the parties' "Joint Motion for Entry of Protective Order" (Docket No. 13), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Pursuant to Paragraph 19 of the proposed Agreed Protective Order, which is attached to the Motion, the parties shall email to the Court an executed copy of the proposed Protective Order for the Court to enter and docket.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.