IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**PREMIUM MERCHANT FUNDING ONE, LLC**<br><br>*Defendant.* | Case No. 2:24-cv-06247-JP<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**
**JOINT MOTION FOR EXTENSION OF TIME FOR DEADLINE TO AMEND**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Joint Motion for Extension is GRANTED. The deadline to amend pleadings is now June 2, 2025, all other dates to remain.

*BY THE COURT:*

_____
Hon. John Padova, J.