UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated<br><br>v.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC | CIVIL ACTION<br><br><br><br>NO. 24-6247 |

## ORDER

**AND NOW**, this 15th day of April, 2025, upon consideration of the parties' "Joint Motion for Extension of Time for Deadline to Amend" (Docket No. 15), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Paragraph 1 of this Court's March 10, 2025 Scheduling Order is **AMENDED** to provide that "Any motion to amend the pleadings or to join or add additional parties shall be filed no later than **June 2, 2025**."

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.