IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PREMIUM MERCHANT FUNDING ONE, LLC**<br><br>*Defendant.* | Case No. 2:24-cv-06247-JP<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEADLINES**

The Plaintiff and Defendant respectfully and jointly seek an extension of time with which to complete discovery and file motions and other documents in this matter by three months. Currently, the deadlines are as follows, as are the proposed amended dates:

| Event | Old Date | Proposed New Date |
|---|---|---|
| Close of Discovery | 8/29/2025 | 11/28/2025 |
| Class Certification Motions | 9/5/2025 | 12/6/2025 |
| Pretrial Memoranda | 11/11/2025 | 2/11/2026 |
| Defense Pretrial Memoranda | 11/18/2025 | 2/18/2026 |
| Final Pretrial Conference | 12/3/2025 | 3/5/2026 |
| Listed for Trial | 12/8/2025 | 3/10/2026 |

The Parties respectfully submit that they have effectively used the current time and the additional time is necessary to complete discovery and effectively prepare for class certification and trial. In sum, personal issues have arisen at various points impacting counsel for both parties,

including the impacts of severe weather, as well as difficulties in scheduling deposition dates to correspond with witnesses' existing summer travel plans. As such, the parties respectfully submit that good cause has been demonstrated for the requested extension.

As such, the parties respectfully request that the deadlines in this matter be extended as above. This extension is not sought for the purposes of delay or other improper purpose.

RESPECTFULLY SUBMITTED AND DATED this July 11, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
E.D. Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this July 11, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.