IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**PREMIUM MERCHANT FUNDING ONE, LLC**<br><br>*Defendant.* | Case No. 2:24-cv-06247-JP<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**
**JOINT MOTION FOR EXTENSION OF TIME FOR DEADLINES**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Joint Motion for Extension is GRANTED. The new deadlines in this matter are as follows:

| Event | Old Date | New Date |
|---|---|---|
| Close of Discovery | 8/29/2025 | 11/28/2025 |
| Class Certification Motions | 9/5/2025 | 12/6/2025 |
| Pretrial Memoranda | 11/11/2025 | 2/11/2026 |
| Defense Pretrial Memoranda | 11/18/2025 | 2/18/2026 |
| Final Pretrial Conference | 12/3/2025 | 3/5/2026 |
| Listed for Trial | 12/8/2025 | 3/10/2026 |

*BY THE COURT:*

_____
Hon. John Padova, J.