IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**PREMIUM MERCHANT FUNDING ONE, LLC**<br><br>*Defendant.* | Case No. 2:24-cv-06247-JP<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## PARTIES' SETTLEMENT STATUS REPORT

Pursuant to this Court's Order, the Parties provide the following status report:

The Parties have engaged in limited settlement discussions. However, the delta between the settlement values currently does not appear to be fruitful for resolution. Moreover, the Plaintiff notes that the Plaintiff continues to receive calls from the Defendant, including calls as recently as several weeks ago, which impacts this case's valuation and settlement posture.

The Parties also respectfully observe that they have filed a motion to extend the deadlines in this case, which is pending a decision by the Court.

RESPECTFULLY SUBMITTED AND DATED this July 16, 2025

| | |
|---|---|
| */s/ Andrew Roman Perrong*<br>Andrew Roman Perrong, Esq.<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, Pennsylvania 19038<br>Phone: 215-225-5529 (CALL-LAW)<br>Facsimile: 888-329-0305<br>a@perronglaw.com<br>*Attorney for Plaintiff* | */s/ Jonathan Marmo*<br>Jonathan Marmo, Esq.<br>Holland & Knight LLP<br>1650 Market Street, Suite 3300<br>Philadelphia, Pennsylvania 19103<br>Phone 215.252.9568<br>Fax 215.867.6070<br>jonathan.marmo@hklaw.com<br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2025, a copy of the foregoing was filed electronically on CM/ECF.

Dated: July 16, 2025

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong, Esq.