# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PREMIUM MERCHANT FUNDING ONE, LLC**<br><br>*Defendant.* | Case No. 2:24-cv-06247-JP<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED ORDER GRANTING]
### JOINT MOTION FOR EXTENSION OF TIME FOR DEADLINES

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Joint Motion for Extension is GRANTED. The new deadlines in this matter are as follows:

| Event | Old Date | New Date |
|---|---|---|
| Expert Reports/Rebuttals | 10/24/2025\11/7/2025 | 1/16/2026\1/30/2026 |
| Close of Discovery | 11/28/2025 | 2/20/2026 |
| Class Certification Motions | 12/6/2025 | 2/28/2026 |
| Pretrial Memoranda | 2/11/2026 | 4/15/2026 |
| Defense Pretrial Memoranda | 2/18/2026 | 4/22/2026 |
| Motions in Limine/Reponses | 2/18/2026\2/25/2026 | 4/26/2026\4/29/2026 |

*BY THE COURT:*

_____
Hon. John Padova, J.