**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**PREMIUM MERCHANT FUNDING ONE, LLC**<br><br>*Defendant.* | Case No. 2:24-cv-06247-JP<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER GRANTING
JOINT MOTION FOR EXTENSION OF TIME FOR DEADLINES**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Joint

Motion for Extension is GRANTED. The new deadlines in this matter are as follows:

| Event | Old Date | Proposed New Date |
|---|---|---|
| Initial Expert disclosures | January 16, 2026 | February 16, 2026 |
| Rebuttal Expert Disclosures | January 30, 2026 | February 27, 2026 |
| Class Certification Motions | February 6, 2026 | March 6, 2026 |
| Close of Discovery | February 20, 2026 | March 20, 2026 |
| Response to Class Cert. | February 28, 2026 | March 27, 2026 |
| Pretrial Memoranda | April 15, 2026 | May 15, 2026 |
| Defense Pretrial Memoranda | April 22, 2026 | May 22, 2026 |
| Motions in Limine | April 22, 2026 | May 22, 2026 |
| Responses to Motions in Limine | April 29, 2026 | May 29, 2026 |
| Final Pretrial Conference | May 6, 2026 | June 3, 2026 |

| Listed for Trial | May 11, 2026 | June 8, 2026 |

*BY THE COURT:*

_____
Hon. John Padova, J.