**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> *v.* <br><br> **PREMIUM MERCHANT FUNDING ONE, LLC** <br><br> *Defendant.* | Case No. 2:24-cv-06247-JP <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff LEON WEINGRAD and Defendant PREMIUM MERCHANT FUNDING ONE, LLC, hereby stipulate to dismiss the Plaintiff's individual claims with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this April 7, 2026.

| | |
|---|---|
| *s/ Andrew Roman Perrong* | *s/ Jonathan Marmo* |
| Andrew Roman Perrong | Jonathan Marmo |
| a@perronglaw.com | Holland & Knight LLP |
| Perrong Law LLC | 1650 Market Street, Suite 3300 |
| 2657 Mount Carmel Avenue | Philadelphia, Pennsylvania 19103 |
| Glenside, PA  19038 | Phone 215.252.9568 |
| Telephone: 215-225-5529 | jonathan.marmo@hklaw.com |
| | |
| Lead attorney for Plaintiff and the Proposed Class | Counsel for Defendant Premium Merchant Funding One, LLC |

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I filed the foregoing document using the courts CM/ECF system, which will automatically send notification of filing to all counsel of record.

By: */s/ Andrew Roman Perrong*
Andrew Roman Perrong

2